COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Jason David Sheedy v. Bruce Fredrick and Cynthia Tilley

Appellate case number:      01-22-00663-CV

Trial court case number:    20-DCV-277933

Trial court:                458th District Court of Fort Bend County

Appellant, Jason David Sheedy, incarcerated and proceeding pro se, filed a notice of appeal from the trial court's August 23, 2022 ruling granting the amended motion to dismiss of appellees Bruce Frederick and Cynthia Tilley. On January 23, 2023, appellant, filed two documents with this Court. First, appellant filed a letter-motion for access to the appellate record, stating that he received a letter from the Clerk of this Court notifying him that the reporter's record was filed on January 10, 2023. However, appellant states, he "did not receive a copy for purposes of appeal," and requests that the Clerk of this Court "send [him] a copy," as "it is needed for appeal."

Appellant's letter-motion for access to the appellate record is **granted**. The Clerk of this Court is directed to send a paper copy of the appellate record, to appellant, at no cost to appellant, at the address provided in his letter-motion:

> Jason Sheedy, #1360261
> Jester 3 Unit
> 3 Jester Road
> Richmond, Texas 77406-8544

Appellant also filed a "Motion Directing the [Trial Court] Clerk to Supplement Appellate Record." In this motion, appellant states that the clerk's record was filed on November 16, 2022. However, since that "date, appellant has filed other motions with the trial court in an attempt to secure the [trial] court's findings of fact and conclusions of law from the dismissal on August 23, 2022." Appellant requests that a supplemental clerk's record be filed because these "additional records . . . are necessary, because these documents will be part of the appeal."

Accordingly, appellant requests that this Court direct "the trial court clerk to supplement the record with all records after November 16, 2022." Appellant's motion is

**granted**. *See* TEX. R. APP. P. 34.5(c)(1). The trial court clerk is directed to file a supplemental clerk's record including any documents omitted from the clerk's record, filed November 16, 2023. If the omitted items requested by appellant are not part of the trial court's case file, the trial court clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the trial court's case file. Any supplemental clerk's record is due within twenty days of the date of this order.

Appellant has also filed a "Notice of Indigence to the Court," requesting that he be permitted to proceed on appeal without payment of costs. The clerk's record includes a "Declaration of Inability to Pay Court Costs," filed with the trial court on October 23, 2020. *See* TEX. R. CIV. P. 145(a), (b), (d); *see also* TEX. R. CIV. P. 502.3. Further, the record filed in this Court does not reflect that any motion to require appellant to pay costs or any contest to appellant's filed declaration of inability to pay court costs has been filed by any party. *See* TEX. R. CIV. P. 145(f); TEX. R. APP. P. 20.1(b).

**Accordingly, the Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs.** *See* TEX. R. CIV. P. 145(a); TEX. R. APP. P. 20.1.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
           ☑ Acting individually   ☐ Acting for the Court

Date: __January 31, 2023____